UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

AXIA REALTY, LLC                    Chapter 11

                                    Case No. 20-12511-mg

             Debtor.

-------------------------------------------------------------x


PLEASE TAKE NOTICE that the undersigned, pursuant to Bankruptcy Rule 9010(b), hereby enters its appearance on behalf of Antonia Milonas, as an equity security holder in Axia Realty, LLC, as counsel to Meyers Tersigni Feldman & Gray LLP and, pursuant to Bankruptcy Rule 2002, demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Marc Stuart Goldberg, Esq.
Counsel to Meyers Tersigni Feldman & Gray LLP
2621 Palisade Avenue, Apartment 4A
Bronx, New York 10463
Cell: (917) 301-5134
E-Mail: mgoldberg@msglegal.com


PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor, its property and/or property of its estate.

Dated:       Bronx, New York
               October 27, 2020

Marc Stuart Goldberg, Esq.
Counsel to Meyers Tersigni Feldman & Gray LLP
By: /s/ Marc Stuart Goldberg, Esq.
2621 Palisade Avenue, Apartment 4A
Bronx, New York 10463
Cell: (917) 301-5134
E-Mail: mgoldberg@msglegal.com