**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Axia Realty, LLC*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :
                                                    :      Chapter 11
AXIA REALTY, LLC                                    :
                                                    :      Case No.: 20-12511 (MG)
                          Debtor.                   :
------------------------------------------------------------ x

# "LAR DAN" DECLARATION OF ANTONIA MILONAS WITH RESPECT TO PAYMENT OF THIRD-PARTY RETAINER TO TARTER KRINSKY & DROGIN LLP AS PROPOSED COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION

Antonia Milonas declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am currently the sole manager and 50% equity owner of Axia Realty, LLC (the "Debtor"). I paid $40,000.00 of the initial retainer to Tarter Krinsky & Drogin LLP ("TKD"), the proposed attorneys for the Debtor.

2. I make this declaration in support of the Debtor's application to retain TKD as the Debtor's bankruptcy counsel.

3. I agreed to pay $40,000.00 of the initial retainer to TKD so that the Debtor could retain counsel of its choosing which is necessary due to the complexities of the Debtor's Chapter 11 case.

4. I understand the undivided loyalty of TKD is to its client, the Debtor and not to me individually.

5. I have no intention of asserting a claim against the Debtor's bankruptcy estate for the funds advanced for legal fees in this case.

6. I was advised that I could consult with counsel of my own choosing in determining whether to advance the initial retainer to TKD. I have not agreed to personally pay any further fees to TKD beyond the $40,000.

Dated: New York, New York
November 24, 2020

/s/ Antonia Milonas
Antonia Milonas