**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**In re**

**AXIA REALTY, LLC,**

**Debtor.**

**Chapter 11**

**Case No. 20-12511 (MG)**

-------------------------------------------------------------X

### ORDER DIRECTING PRODUCTION OF DOCUMENTS FROM, AND APPEARANCE AT EXAMINATION BY, LEVANT PARTNERS U.S. L.P. PURSUANT TO BANKRUPTCY RULE 2004

Upon the Application, dated December 14, 2020 (the "Application"), of Axia Realty, LLC, debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 case, seeking an order (i) directing Levant Partners U.S. L.P. ("Levant Partners") to produce the documents set forth in **Schedule A** to the Application; and (ii) authorizing the Debtor to conduct the examination of Levant Partners by an officer, director, employee or other representative possessing knowledge and/or information with respect to all matters set forth in the Application pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2004"); and just cause appearing therefor; it is hereby

**ORDERED**, that Levant Partners is hereby directed to produce and deliver to the offices of the Debtor's Counsel, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018 (the "TKD Offices"), on or before **January 11, 2021**, the documents listed in **Schedule A** to the Application that are in its possession, custody and/or control; and it is further

**ORDERED**, that the Debtor is authorized to examine Levant Partners by an and Levant Partners is hereby directed to appear for such examination, on **January 14, 2021 at 10:00 a.m**., or on such other date to which the Debtor and Levant Partners may mutually agree, by *Zoom* video conferencing or another remote video method pursuant to instructions to be provided by

Debtor's Counsel and at any continued date of such examination, for all purposes and with respect to all subjects permitted pursuant to Bankruptcy Rule 2004, including, without limitation, for all of the purposes and with respect to each of the subjects set forth in the Application; and it is further

**ORDERED**, that Levant Partners, be, and hereby is, directed to produce at the TKD Offices, for examination and copying, any documents in its possession, custody and/or control subsequently requested by the Debtor as a result of information obtained from documents produced for, at and/or after the Bankruptcy Rule 2004 examination, and/or from testimony at the examination; and it is further

**ORDERED**, that service by first class mail of a copy of this Order and the Application upon which it is granted, on or before the second (2nd) business day following entry of this Order, upon: (i) Levant Partners at its last known address, 5 Columbus Circle, 17th Floor, New York, NY 10019; and (ii) Office of the United States Trustee, 201 Varick Street, New York, NY 10014, Attn: Shara Cornell, Esq., shall be deemed good and sufficient service.

**IT IS SO ORDERED.**

Dated: December 15, 2020
      New York, New York

                                                **/s/ Martin Glenn**
                                              MARTIN GLENN
                                    United States Bankruptcy Judge